UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -:
SECUNDINO BAJANA,                        : 08 Civ. 8579 (RMB) (JCF)
                                         :
            Plaintiff,                   :       O R D E R
                                         :
     - against -                         :
                                         :
MICHAEL J. ASTRUE, Commissioner          :
of Social Security,                      :
                                         :
            Defendant.                   :
- - - - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

     Defendant having moved for judgment on the pleadings, and plaintiff having failed to answer the motion by April 28, 2009 as directed, it is hereby ORDERED that plaintiff answer the motion by May 22, 2009, failing which the motion will be decided on the current record.

                         SO ORDERED.

                         _____
                         JAMES C. FRANCIS IV
                         UNITED STATES MAGISTRATE JUDGE

Dated:   New York, New York
         May 8, 2009

Copies mailed this date:

Secundino Bajana
84 Clinton Street, Apt. #1B
New York, New York 10002

Susan C. Branagan, Esq.
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/09

1